**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **MULTI-PRO WALL SYSTEMS, LLC.** | ) | **Case No. 10-21544-FJB** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**STATEMENT OF NO OBJECTION TO MOTION OF CALLAHAN, INC. FOR RELIEF
FROM THE ORDER ON MOTION TO ASSUME EXECUTORY CONTRACTS**

Harold B. Murphy, the duly appointed trustee (the "Trustee") of Multi-Pro Wall Systems, LLC (the "Debtor"), respectfully files this Statement of No Objection to the Motion of Callahan, Inc. ("Callahan") for Relief from the Order on Motion to Assume Executory Contracts (the "Motion for Relief").

1.      On October 22, 2010, a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code was filed by the Debtor.  Thereafter, a bankruptcy estate ("Estate") was created.

2.      The Trustee was appointed interim trustee of the Estate on October 25, 2010 and has continued to serve as Trustee since that date.

3.      On December 20, 2010, the Trustee filed the Motion to Assume Executory Contracts (the "Motion to Assume") and served the motion on all parties in interest.

4.      Prior to the entry of the order approving the Motion to Assume, the Trustee was contacted by Callahan and informed of alleged discrepancies in the balances due to the Debtor from Callahan that are set forth in the Motion to Assume.  During these discussions, the Trustee agreed to provide Callahan with an opportunity to forthwith provide the Trustee with documents in support of Callahan's asserted position.

5.      On January 4, 2011, this Court entered an order approving the Motion to Assume (the "January 4 Order").

6.      On January 5, 2011, Callahan provided the Trustee with documentation in support of its position.

7.      Inasmuch as Callahan registered its objection to the Motion to Assume with the Trustee prior to the entry of the January 4 Order, the Trustee has no objection to the revocation of the effectiveness of the January 4 Order, solely as it pertains to Callahan's two contracts with the Debtor, and the scheduling of a deadline by which Callahan must object to the Motion to Assume.

Respectfully submitted,

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE,

By his counsel,

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, P.C.
One Beacon Street, 21st Floor
Boston, MA  02108-3107
Tel: (617) 423-0400
Fax: (617) 556-8985
Dated:  January 18, 2011         Email:  agl@murphyking.com

586203

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| ) | **Chapter 7** |
| **MULTI-PRO WALL SYSTEMS, LLC.** ) | **Case No. 10-21544-FJB** |
| ) | |
| **Debtor.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on January 18, 2011, I caused a copy of the

*Statement of No Objection To Motion of Callaghan, Inc. for Relief from the Order on Motion to*

*Assume Executory Contracts* to be served via the Court's ECF system, by electronic mail, first

class mail, or postage prepaid to the parties on the attached service list:

/s/  Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
*agl@hanify.com*

DATED:  January 18, 2011
586741

Multi-Pro Wall Systems (HBM, Ch. 7 Trustee)
Short Service List
 #582603


BY ECF:


- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- John M. McAuliffe    mcauliffeassociates@hotmail.com

**BY MAIL:**

Multi-Pro Wall Systems, LLC
c/o Thomas Medaglia
700 Quinobequin Road
Waban, MA  02468

Michael Goldberg, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston MA  02210