**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Multi-Pro Wall Systems, LLC

**Case/AP Number** 10-21544 **-FJB**
**Chapter** 7

    #32   Motion filed by Interested Party Callahan, Inc. to Reconsider (Re: [26] Order on [#23] Motion to Assume/Reject)

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the order [#26] is hereby vacated solely as it affects Callahan's two contracts.  The deadline for Callahan to object to the Motion to Assume is hereby extended to February 18, 2011.

IT IS SO ORDERED:

_Frank J Bailey_

_____Dated: 02/01/2011
Frank J. Bailey
United States Bankruptcy Judge